RECEIVED
IN MONROE, LA

JUL 1 1 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

DERRELL HOLLAND                                   CIVIL ACTION NO. 05-1095

VERSUS                                            JUDGE ROBERT G. JAMES

RETIREMENT PLAN OF                                MAG. JUDGE JAMES D. KIRK
INTERNATIONAL PAPER COMPANY

MEMORANDUM ORDER

Before the Court is the Magistrate Judge's Report and Recommendation [Doc. No. 28],

along with Defendant's Objections [Doc. No. 29]. In its Objections, Defendant has argued that

the Magistrate Judge erred in finding that the Administrator of the Retirement Plan of

International Paper Company had a conflict of interest. After Defendant filed its Objections, the

United States Supreme Court issued a decision in Metropolitan Life Ins. v. Glenn, 128 S.Ct.

2343, 2347 (2008) which may affect the Court's analysis of the Objections to the Report and

Recommendation. Therefore,

IT IS ORDERED that the Defendant file a memorandum of no more than ten (10) pages

by **July 25, 2008**, addressing the following two issues:

(1)     Whether Defendant's procedure for paying benefits creates a conflict of interest
        under Glenn, 128 S.Ct. 2343, 2347 (2008); and

(2)     If the Court is to find a conflict of interest, how important is that conflict to the
        Administrator's decision. See id. ("The conflict of interest . . . should prove more
        important (perhaps of great importance) where circumstances suggest a higher
        likelihood that it affected the benefits decision . . . . It should prove less important
        (perhaps to the vanishing point) where the administrator has taken active steps to
        reduce potential bias and to promote accuracy . . . .").

Plaintiff must file any response to Defendant's memorandum no later than ten (10) days from the

date Defendant's memorandum is filed.

Monroe, Louisiana, this ___11___ day of ___July___, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE