UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DERRELL HOLLAND** | **CIVIL ACTION NO. 05-1095** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RETIREMENT PLAN OF INTERNATIONAL PAPER CO.** | **MAG. JUDGE JAMES D. KIRK** |

**JUDGMENT**

After a *de novo* review of the record, including the objections, responses, and supplemental briefing filed by the parties, and for the reasons stated in this Court's Ruling and those reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 28], which this Court ADOPTS,

IT IS ORDERED, ADJUDGED, AND DECREED that because the Administrator of Defendant Retirement Plan of International Paper Company abused his discretion, Plaintiff Derrell Holland's appeal of the denial of disability retirement benefits is GRANTED, and Plaintiff is awarded disability retirement benefits, including past due benefits.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded attorney's fees and costs. This matter is referred to the Magistrate Judge for a report and recommendation on the appropriate amount of attorney's fees to be awarded under a lodestar analysis.

MONROE, LOUISIANA, this 4th day of September, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE